UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW); JAMES WARD,
MARSHALL HUNT, and RICHARD GORDON,
for themselves and others similarly-situated,

      Plaintiffs,      CIVIL ACTION NO. 11-14434

v.             HON. GEORGE CARAM STEEH

KELSEY-HAYES COMPANY, TRW
AUTOMOTIVE HOLDINGS CORP, and
NORTHROP GRUMMAN SYSTEMS
CORPORATION,

      Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO STAY (Dkt. No. 73)**

On this date, the court heard oral argument on defendants' motion to stay (Dkt. No. 73). For the reasons stated on the record, the court grants the motion to stay proceedings in this case for a period of up to 60 days. The court will conduct a telephone status conference on February 3, 2015, at 10 a.m., unless the court is notified of an earlier disposition of *M & G Polymers USA, LLC v. Tackett,* 733 F.3d 589 (6th Cir. 2013) by the United States Supreme Court; in that event, an earlier status conference date will be set.

   So Ordered.

Dated: December 2, 2014

             s/George Caram Steeh
             GEORGE CARAM STEEH
             UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 2, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk