UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), et al.,

        Plaintiffs,

vs.

KELSEY-HAYES COMPANY, et al.,

        Defendants.
_____/

Case No. 11-CV-14434

HON. GEORGE CARAM STEEH

## ORDER

On this date the court held a telephone conference with counsel regarding the impact of the Supreme Court's decision in *M & G Polymers USA, LLC v. Tackett* on the pending motions. As discussed, plaintiffs' motion for summary judgment and permanent injunction [doc. 67] and plaintiffs' motion for class certification as to pre-closing retirees [doc. 68] are being withdrawn without prejudice to give the parties the opportunity to refile and supplement the motions in light of the *Tackett* decision.

The following briefing schedule will govern:

The parties may file cross-motions for summary judgment, up to 5 additional pages in length is approved by the court, and the renewed motion for class certification, by March 6, 2015.

Response briefs due March 27, 2015.

Reply briefs due April 10, 2015.

Oral argument is scheduled for April 27, 2015 at 2:00 p.m.

Dated: January 29, 2015

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 29, 2015, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

---