UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW);
JAMES WARD, MARSHALL HUNT, and
RICHARD GORDON, for themselves and
others similarly-situated,

    Plaintiffs,

v.

KELSEY-HAYES COMPANY, TRW
AUTOMOTIVE HOLDINGS CORP, and
NORTHROP GRUMMAN SYSTEMS
CORPORATION,

    Defendants.
_____/

Case no. 2:11-cv-14434
Class Action

U.S. District Judge
George C. Steeh

related to: case no. 4:11-cv-15497
class action
U.S. District Judge
Gershwin A. Drain

**INDICATIVE RULING PURSUANT TO RULE 62.1(a)(3)**

Upon the request of all parties, pursuant to Fed. R. Civ. P. 62.1(a)(3), the Court issues this indicative ruling regarding the comprehensive settlement agreed to by all parties during Sixth Circuit mediation.

If this action is remanded by the Court of Appeals for this Court's consideration of approval of the parties' settlement—which would fully resolve this class action and the related retiree healthcare action referred to in the caption—this

1

Court will approve the parties' class action settlement, if warranted under Fed. R. Civ. P. 23.

The Court hereby consolidates this action with the related class action, case number 11-15497, under Fed. R. Civ. P. 42(a)(2) and (3) or otherwise, to resolve both certified class actions with economy and efficiency in a single district court proceeding.

The parties shall notify the Sixth Circuit of this indicative ruling and request remand pursuant to Fed. R. Civ. P. 62.1(b) and (c) and Fed. R. App. 12.1(a) and (b).

March 4, 2020                    s/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE