Case Nos. 16-1240

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
┌─────────────────────────┐
│        FILED            │
│     Mar 11, 2020        │
│  DEBORAH S. HUNT, Clerk │
└─────────────────────────┘
```

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED  INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC; RONALD D. STRAIT; DANNY O. STEVENS, for themselves and others similarly situated,

        Plaintiffs-Appellees,

v.

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE, INC.; TRW AUTOMOTIVE HOLDINGS CORPORATION,

        Defendants-Appellants.

## ORDER FOR LIMITED REMAND

      In accordance with the confidential agreement reached by the parties and under Rule 33 of the Sixth Circuit Rules, the parties have jointly moved, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, to remand this case to the United States District Court for the Eastern District of Michigan for the purpose of approving the parties' class action settlement, if warranted under Fed. R. Civ. P. 23 and consolidate this action with the related class action case 2:11-cv-14434, under Fed. R. Civ. P. 42(a)(2) and (3) or otherwise, to resolve both certified class actions with economy and efficiency in a single district court proceeding.

      Upon consideration of the motion, and further considering the District Court's Order of March 3, 2020,

      **IT IS ORDERED** that the motion shall be, and it hereby is GRANTED.   The appeal is remanded to the District Court for further proceedings.   The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of the appeal.

                ENTERED PURSUANT TO RULE 33
                OF THE SIXTH CIRCUIT RULES

                Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 11, 2020

Mr. Stuart M. Israel
Law Office
306 S. Washington
Suite 600
Royal Oak, MI 48067-0000

Mr. Gregory Valentin Mersol
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Re: Case No. 16-1240, *United Steel, Paper. Forestry, et al v. Kelsey-Hayes Company, et al*
Originating Case No. : 4:11-cv-15497

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. John G. Adam
Mr. Gilbert Brosky
Mr. Todd A. Dawson
Mr. Jeffrey Richard Vlasek
Mr. David J. Weaver

Enclosure