# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 03, 2021

Mr. John G. Adam
Legghio & Israel
306 S. Washington
Suite 600
Royal Oak, MI 48067

Mr. Gilbert Brosky
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Mr. Douglas A Darch
Baker & McKenzie
300 E. Randolph Street
Suite 5000
Chicago, IL 60601

Mr. Todd A. Dawson
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Mr. J. Richard Hammett
Baker & McKenzie
700 Louisiana
Suite 3000
Houston, TX 77002

Mr. Stuart M. Israel
Law Office
306 S. Washington
Suite 600
Royal Oak, MI 48067-0000

Mr. Gregory Valentin Mersol
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Mr. Stephen M. Shapiro
Mayer Brown
71 S. Wacker Drive
Chicago, IL 60606

Mr. Thomas D. Warren
Warren Terzian
30799 Pinetree Road
Suite 345
Pepper Pike, OH 44124

Mr. William Arthur Wertheimer Jr.
Law Office
188 Grove Street
Montclair, NJ 07042

Mr. Joshua D. Yount
Mayer Brown
71 S. Wacker Drive
Chicago, IL 60606

      Re: Case No. 15-2285, *UAW, et al v. Kelsey-Hayes Company, et al*
         Originating Case No. : 2:11-cv-14434

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 15-2285

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; JAMES WARD; MARSHALL HUNT; RICHARD GORDON

      Plaintiffs - Appellees

v.

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE HOLDINGS CORPORATION; NORTHROP GRUMMAN SYSTEMS CORPORATION

      Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 03, 2021