**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 03, 2021

Mr. John G. Adam
Legghio & Israel
306 S. Washington
Suite 600
Royal Oak, MI 48067

Mr. Gilbert Brosky
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Mr. Stuart M. Israel
Law Office
306 S. Washington
Suite 600
Royal Oak, MI 48067-0000

Mr. Gregory Valentin Mersol
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Mr. Jeffrey Richard Vlasek
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-1214

      Re: Case No. 16-1240, *United Steel, Paper. Forestry, et al v. Kelsey-Hayes Company, et al*
         Originating Case No. : 4:11-cv-15497

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

             Sincerely yours,

             s/Connie A. Weiskittel
             Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 16-1240

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC; RONALD D. STRAIT; DANNY O. STEVENS, for themselves and others similarly situated

        Plaintiffs - Appellees

v.

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE, INC.; TRW AUTOMOTIVE HOLDINGS CORPORATION

        Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                      **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 03, 2021